UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Monet Auguston, *on behalf of herself and all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>Kaufman & Canoles, *a Professional Corporation*,<br><br>    Defendant. | File No. 23-cv-521 (ECT/DLM)<br><br>**ORDER OF DISMISSAL** |

Based on the Stipulation for Dismissal filed by Plaintiff Monet Auguston and Defendant Kaufman & Canoles, ECF No. 22, **IT IS ORDERED** that the action is **DISMISSED** with prejudice, without fees and costs awarded to either party.

Dated: October 10, 2023

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court